Charles A. KOONS et al. v. Henry J. KAISER et al.

United States Court of Appeals
Second Circuit.

Oct. 6, 1950.

Writ of Certiorari Denied March 5, 1951.
See 71 S.Ct. 505.

See also 91 F.Supp. 511.

PER CURIAM.

Petition for mandamus denied on authority of Magnetic Engineering & Manufacturing Company v. Dings Manufacturing Co., 2 Cir., 178 F.2d 866.

Charles A. KOONS et al. v. Irving R. KAUFMAN, District Judge.

United States Court of Appeals
Second Circuit.

Oct. 6, 1950.

Writ of Certiorari Denied March 5, 1951.
See 71 S.Ct. 505.

See also 91 F.Supp. 511.

PER CURIAM.

Motion to dismiss appeal granted on authority of Magnetic Engineering & Manufacturing Co. v. Dings Manufacturing Co., 2 Cir., 178 F.2d 866.

UNITED STATES of America, Plaintiff-Appellee, v. LESLIE APARTMENTS, Inc., Leslie Garage, Inc., Defendants-Appellants.

No. 182, Docket 21921.

United States Court of Appeals
Second Circuit.

Argued Feb. 14, 1951.

Decided March 6, 1951.

Ed Dupree, General Counsel, Leon J. Libeu, Assistant General Counsel, and Nathan Siegel, Special Litigation Attorney, Office of the Housing Expediter, Office of the General Counsel, all of Washington, D. C., for plaintiff-appellee.

Pyne, Lynch & Smith, New York City, Thomas A. Sully, New York City, of counsel, for defendants-appellants.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Judgment, 96 F.Supp. 355, affirmed. Woods v. Forest Hills South, 2 Cir., 172 F.2d 147.